ALFORD v. TUDOR HALL AND ASSOC.

No. 428P85.

Case below: 75 N.C. App. 279.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 10 December 1985.

ALLEN v. ALLEN

No. 595P85.

Case below: 76 N.C. App. 504.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 December 1985. Notice of appeal by plaintiff dismissed 10 December 1985.

ANDREWS v. PETERS

No. 422A85.

Case below: 75 N.C. App. 252.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

CABLE v. CABLE

No. 487P85.

Case below: 76 N.C. App. 134.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 December 1985.

CHAVIS v. SOUTHERN LIFE INS. CO.

No. 606PA85.

Case below: 76 N.C. App. 481.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 10 December 1985.